UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00130

**Gabriel Reynoso,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

Petitioner Gabriel Reynoso, a prisoner within the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this habeas corpus proceeding. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On October 7, 2024, the magistrate judge issued a report recommending that petitioner's habeas corpus petition be denied as time-barred, that the case be dismissed with prejudice, and that petitioner be denied a certificate of appealability sua sponte. Doc. 18. A copy of this report was sent to petitioner; despite receiving the report, Doc. 19, petitioner has not filed objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's habeas petition is denied as time-barred, the case is dismissed with prejudice, and petitioner is denied a certificate of appealability sua sponte. Any pending motions are denied as moot.

*So ordered by the court on February 24, 2025.*

J. CAMPBELL BARKER
United States District Judge